```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2021
```

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF N

KEVIN DAVIS, on behalf of himself and
all others similarly situated,

        Plaintiff,

   -v-

JAGPREET ENTERPRISES LLC,

        Defendant.

Civil Case Number: 1:21-cv-05247-AT

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 16, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-05247-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED.

Dated: August 17, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge